**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOHNNY WRIGHT**                                                              **PLAINTIFF**
**ADC #137206**

**v.**                          **Case No. 1:18-cv-00016-KGB/JTK**

**RICHARD FRY,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g). The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

So ordered this 22nd day of October, 2018.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE